**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:   **Philip Henry Jones**            CASE NO   **11-31179-SGJ-13**
         **Ada Harris Jones**

                                           CHAPTER   **13**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  3/7/2011 _____          Signature  **/s/ Philip Henry Jones** _____
                                                       **Philip Henry Jones**


Date  3/7/2011 _____          Signature  **/s/ Ada Harris Jones** _____
                                                       **Ada Harris Jones**


                                            **/s/ Lance J. Erickson** _____
                                            *Lance J. Erickson*
                                            *24072509*
                                            *Allmand & Lee, PLLC*
                                            *8701 Bedford Euless Rd., Suite 510*
                                            *Hurst, TX 76053*
                                            *(214) 265-0123*

Ad Astra Recovery Services
3607 N Ridge Rd Ste 106
Wichita, KS 67205


Ada Harris Jones
221 Sandy Ln
Royse City, TX 75189


Allmand & Lee, PLLC
8701 Bedford Euless Rd., Suite 510
Hurst, TX 76053


American Radilogy Consultants-BAYWX
P.O. Box 678253
Dallas, TX 75267


Asset Acceptance
PO Box 2036
Warren, MI 48090


AT&T
Po Box 5093
Carol Stream, IL 60197


Attorney General of Texas
Bankruptcy Section
400 South Zang, Ste 1100
Dallas, TX 75208


Bay Area Credit Service
1901 W. 10th Street
Antioch, CA 94509


Baylor Centralized Business Services
2001 Bryan Street Suite 2600
Dallas, TX 75201

Baystate Gas-brockton
PO Box 67015
Harrisburg, PA 17106


Business Revenue System
P.O. Box 13077
Des Moines, IA 50310-0077


Central Financial Control
Po Box 66051
Anaheim, CA 92816


Check-n-Go
4540 cooper Road Suite 200
Cincinnati, OH 45242


City of Dallas
P.O. Box 941608
Houston, TX 77094


Conserve
Po Box 7
Fairport, NY 14450


Credit Protection Associate
1355 Noel Rd. Suite 2100
Dallas, TX 75240


Dallas Emergency Physicians
PO Box 41633
Philadelphia, PA 19101-1633


Dept Of Ed/sallie Mae
Po Box 9635
Wilkes Barre, PA 18773

Dept Of Education/neln
3015 Parker Rd
Aurora, CO 80014


Direct TV
P.O. Box 78626
Phoenix, AZ 85062-8627


Drive Time Credit Co
PO Box 29018
Phoenix, AZ 85038


Enhanced Recovery Co L
8014 Bayberry Rd
Jacksonville, FL 32256


Enhancrcvrco
8014 Bayberry Rd
Jacksonville, FL 32256


ER Solutions
10750 Hammerly Blvd # 200
Houston, TX 77043


Eufora
14648 N Scottsdale
Scottsdale, AZ 85254


Extra Cash
1602 S. Buckner
Dallas, TX 75217


First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57104

Hawk Security Services
14500 Trinity Blvd Suite 100
Ft. Worth, TX 76155


I C System Inc
Po Box 64378
Saint Paul, MN 55164


Internal Revenue Service
Insolvency
P.O. Box 21126
Philadelpia, PA 19114


Internal Revenue Service
IRS-SBSE Insolvency Area 10
1100 Commerce St., MC 5026 DAL
Dallas, TX 75242


Law Office Of Bonnie Johnson
6440 NOrth Central Express Suite 800
Dallas, TX 75206


Lighthouse Recovery  Associates
11551 East Arapahoe Street Suite 1150
Englewood, CO 80112


Linebarger Goggan Blair et al
2323 Bryan  Ste 1600
Dallas, Texas  75201


Litton Loan Servicing
PO Box 4387
Houston, TX 77210


MCI
P.O. Box 650355
Dallas, TX 75265

Pathologists Bio-Medical Labs
3600 GustonAve
Dallas, TX 75246


Philip Henry Jones
221 Sandy Ln
Royse City, TX 75189


Prestige Financial Svc
1420 S 500 W
Salt Lake City, UT 84115


RJM Acquisitions
PO Box 11154
Hauppauge, NY 11788-1154


Rockwall County EMS
P.O. Box 2125
Rockwall, TX 75087-2125


Santander Consumer Usa
PO Box 660633
Dallas, TX 75266


Specified Credit Associate Inc
2388 Schuetz Suite A-100
Saint Louis, MO 63146


State Comptroller
Revenue Accounting Div Bankrup
PO Box 13528
Austin, Tx 78111


Sunrise Meadows Homeowners Association I
2633 McKinney Ave Suite 130-502
Dallas, TX 75204

T-Mobile
PO Box 742596
Cincinnati, OH 45274-2596


Texas Alcoholic Beverage Comm
Licences and Permits Division
P.O. Box 13127
Austin, TX 78711-3127


TEXAS EMPLOYMENT COMMISSION
TEC BUILDING-BANKRUPTCY
101 E. 15TH STREET
AUSTIN, TX 78778


Tom Powers
Standing Chapter 13 Trustee
125 E. John Carpenter Freeway
11th Floor, Suite 1100
Irving, TX 75062

TRS Recovery Services, Inc.
P.O. Box 60022
City of Industry, CA 91716


United States Attorney - NORTH
3rd Floor, 1100 Commerce St.
Dallas, TX 75242


United States Trustee
Rm. 9C60 1100 Commerce St.
Dallas, TX 75242


Us Dept Of Education
Po Box 5609
Greenville, TX 75403


Us Dept Of Education
Attn: Borrowers Service Dept
PO Box 5609
Greenville, TX 75403

VA North Texas Health Care
4500 S. Lancaster Road
Dallas, TX 75216-7167